JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| GALINA KOPELEV,<br><br>            Plaintiff,<br><br>     v.<br><br>THE BOEING COMPANY, THE BOEING EMPLOYEE BENEFIT PLANS COMMITTEE, and THE BOEING COMPANY VOLUNTARY INVESTMENT PLAN,<br><br>            Defendants. | Case No. LACV 20-05805 VAP (KSx)<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order entered concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:     6/10/21

_____
Virginia A. Phillips
United States District Judge

1